UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 APR 26 PM 12: 16

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AURELIO ZUNIGA-GARCIA,<br><br>Defendant. | CASE NO. 09cr4602-DMS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

__X__ the Court has granted the motion of the Government for dismissal without prejudice; or

____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offenses as charged in the Indictment:

__21 USC 952 and 960, and 21 USC 841(a)(1)__

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED:   April 26, 2012

_____
Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE